DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SPENCER E. MILES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1427

[September 22, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 92-15650CF10B.

Spencer E. Miles, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and ARTAU, JJ., concur.

\*  \*  \*

***Not final until disposition of timely filed motion for rehearing.***